UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EARL ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>B. BOTKIN,<br><br>    Defendant. | No. 2:17-cv-1584 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff alleges defendant used excessive force and retaliated against him. In a document filed here on June 10, 2019, an inmate named Shannon Riley asks to be permitted to help plaintiff with his filings in this action. (ECF No. 26.) Plaintiff has also signed this document.

Plaintiff does not require the court's permission to seek assistance from other inmates in preparing legal documents. However, plaintiff himself must sign each document filed in this case. See Fed. R. Civ. P. 11(a). Plaintiff is warned that by signing a document filed here, he is certifying that the statements made in that document are true, to the best of his knowledge, and the document is being filed for a legitimate purpose. See Fed. R. Civ. P. 11(b).

Plaintiff is reminded that he must file an opposition to defendant's summary judgment motion. The motion was filed on March 4, 2019. (ECF No. 21.) On May 8, this court granted plaintiff's request for an extension of time to file his opposition. (ECF No. 25.) That opposition

1

is now due. The court will give plaintiff one further extension of time to file his opposition. If plaintiff fails to do so, this court will recommend this case be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the assistance of another inmate (ECF No. 26) is denied as unnecessary.
2. Within thirty days of the date of this order, plaintiff must file his opposition to defendant's summary judgment motion. If plaintiff fails to file his opposition, this court will recommend this action be dismissed for plaintiff's failure to comply with court orders. <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: June 12, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/alle1584.inmate assist