UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD EARL ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. BOTKIN,<br><br>　　　　Defendant. | No. 2:17-cv-1584 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. In an order filed September 11, 2019, the court granted in part and denied in part defendant's motion for summary judgment. (ECF No. 34.) Based on that order, this action will continue on plaintiff's claim that defendant used excessive force in handcuffing him in violation of his Eighth Amendment rights.

The next step in these proceedings will be the preparation of pre-trial statements. However, prior to requiring the filing of those statements, the court seeks the parties' positions on the usefulness of a settlement conference at this time.

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty (30) days of the filed date of this order, each party shall file a document stating whether or not he feels a settlement conference would be helpful.

////

      a. If a party feels a settlement conference would be helpful, he shall also state whether the undersigned magistrate judge may preside over the settlement conference or whether another magistrate judge should do so.

      b. If plaintiff feels a settlement conference would be helpful, he shall also inform the court whether he wishes to appear for the conference in person or by video-conference, if video-conference is available.

      c. If a party feels a settlement conference would not be helpful, he shall explain the basis for that position.

2. After receiving the parties' filings, if the court determines a settlement conference should not be set at this time, the court will order the parties to file pre-trial statements in accordance with Local Rule 281.

Dated: September 17, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/alle1584.post msj sett